UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH C. McKNIGHT, | ) | |
| Plaintiff, | ) | 3:11-cv-00620-ECR-WGC |
| vs. | ) | |
| | ) | **ORDER** |
| STEP ONE, INC., *et al.*, | ) | |
| Defendants. | ) | |

Kenneth McKnight, a prisoner at Lovelock Correctional Center, Lovelock, Nevada, submitted a Notice of Appeal (received August 25, 2011) with no complaint, petition, filing fee or application to proceed *in forma pauperis* (ECF No. ).

It appears that plaintiff is attempting to appeal a decision of the Nevada Supreme Court in case number 58187 against Step One, Inc.. However, this Court does not have jurisdiction for direct review of decision of the state supreme court. *See,* 28 U.S.C. §§ 1330, *et seq.* It appears from the exhibits attached to his Notice of Appeal that plaintiff has made several attempts to locate the proper court for this appeal. Unfortunately, this court is also the incorrect forum. *See* U.S. Const. Art. 3, sec. 2.

Additionally, plaintiff has not paid the required filing fee or submitted an application

1  to proceed in *forma pauperis*.

2       Accordingly, this action is **DISMISSED**, with prejudice.  The Clerk shall enter
3  judgment accordingly.

4       Dated this 15th day of September, 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE